# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| Anita Harris | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:21-cv-1040-SPM |
| Kellogg Sales Company | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Kellogg Sales Company.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: 295187 (California).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 29, 2021
Date

Signature of Movant

515 South Flower Street, Suite 3300
Street Address

Alexander M. Smith
Printed Name

Los Angeles, CA 90071
City, State, Zip