# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANITA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No. 3:21-CV-1040-SPM<br><br>The Hon. Stephen P. McGlynn |

## KELLOGG SALES COMPANY'S MOTION TO DISMISS
## PLAINTIFF'S CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant Kellogg Sales Company hereby moves: (1) to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted; and (2) to dismiss Plaintiff's request for injunctive relief for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1). Kellogg seeks dismissal with prejudice and without leave to amend.

Kellogg's motion is based on this motion, the accompanying Memorandum of Law, any reply or supplemental briefing Kellogg may submit, and any further evidence or argument (including oral argument) that the Court may invite Kellogg to present in connection with this motion.

WHEREFORE, Kellogg respectfully requests that the Court dismiss Plaintiff's Class Action Complaint with prejudice and without leave to amend.

Dated:  January 10, 2022

Respectfully submitted,

By: /s/ Dean N. Panos
     Dean N. Panos (ARDC No. 6203600)
     JENNER & BLOCK LLP
     353 N. Clark Street
     Chicago, IL 60654-3456
     Telephone:  (312) 923-2765
     Facsimile:   (312) 527-0484
     dpanos@jenner.com

     Attorneys for Defendant
     Kellogg Sales Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on January 10, 2022 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  January 10, 2022                    By:        /s/ Dean N. Panos
                                                                 Dean N. Panos