IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANITA HARRIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>   Defendant. | Case No. 21-CV-01040-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 24, 2022 (Doc. 26), this action is **DISMISSED with prejudice**.

  **DATED:**  **May 27, 2022**

                MONICA A. STUMP,
                Clerk of Court

                By: s/ *Jackie Muckensturm*
                   Deputy Clerk


**APPROVED:** s/ *Stephen P. McGlynn*
       STEPHEN P. McGLYNN
       U.S. District Judge